UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Evelyn Runyon,

    Plaintiff,

v.                                        Case No. 2:20–cv–3820

Commissioner of Social Security,         Judge Michael H. Watson

    Defendant.

## ORDER

On July 22, 2021, United States Magistrate Judge Vascura, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 95-2 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") in this Social Security case. R&R, ECF No. 19. The R&R recommended reversing the decision of the Commissioner of Social Security Administration and remanding the case to the Commissioner and Administrative Law Judge ("ALJ"). *Id.* at 11.

The R&R notified the parties of their right to file objections to the same pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The R&R further specifically advised the parties that the failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal a decision by the Undersigned adopting the R&R. *Id.* at 12. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. The Commissioner's finding is **REVERSED**, and the case is **REMANDED** to the Commissioner and ALJ under Sentence Four of § 405(g).

**IT IS SO ORDERED.**

*[Signature]*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT